[No. 63934-0-I.   Division One.   July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN A. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-8-04406-0, LeRoy McCullough, J., entered June 29, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Schindler, JJ.

[No. 64004-6-I.   Division One.   July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-1-00774-9, Dave Needy, J., entered February 12, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Cox, JJ.

[No. 64067-4-I.   Division One.   July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE A. ISIORDIA-PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-09672-2, Laura Gene Middaugh, J., entered August 24, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Spearman, J.

[No. 64103-4-I.   Division One.   July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY MICHAEL CAUDLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00019-9, James D. Cayce, J., entered August 3, 2009. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Becker, J.